**Malcolm MUHAMMAD, Plaintiff–Appellant,**

v.

**Randall C. MATHENA, Warden; John D. Warath, Assistant Warden; George Hinkle, Regional Administrator; P. Scarberry, Food Service Director; Mr. Brock, Assistant Food Service Director; Linda Shear, Head Dietician for Vadoc; Curtis L. Carr, Regional Ombudsman; B. Taylor, Defendants–Appellees.**

No. 15–6142.

United States Court of Appeals, Fourth Circuit.

Submitted: June 29, 2015.

Decided: July 24, 2015.

Malcolm Muhammad, Appellant Pro Se. Margaret Hoehl O'Shea, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before KING, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Muhammad appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Muhammad v. Mathena,* No. 7:14–cv–00134–JLK–RSB, 2015 WL 300363 (W.D.Va. Jan. 22, 2015). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*